B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## District of Maine

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Atlantic House At York Beach, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **20-5312270** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2 Beach Street**<br>**York Beach, ME**<br>ZIPCODE **03910** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2 Beach Street, York Beach, ME**     ZIPCODE **03910** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Atlantic House At York Beach, LLC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
   Signature of Attorney for Debtor(s)     Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Atlantic House At York Beach, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ Barry E. Schklair and Peter G. Cary* Signature of Attorney for Debtor(s) **Barry E. Schklair and Peter G. Cary MittelAsen, LLC 85 Exchange Street, 4th Floor Portland, ME 04101-5036 (207) 775-3101 Fax: (207) 874-0683 bschklair@mittelasen.com pcary@mittelasen.com** **September 27, 2011** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. _____ Date Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X */s/ Harold E. Anderson* Signature of Authorized Individual **Harold E. Anderson** Printed Name of Authorized Individual **Manager, A-K Holding, LLC** Title of Authorized Individual **September 27, 2011** Date | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# District of Maine

**IN RE:**                                    Case No. _____

**Atlantic House At York Beach, LLC**                Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Lawrence Investment Holding LLC** C/O D&D Managment Group LLC 20 Park Plaza Boston, MA 02116 | Steven Cope, Esq. COPE LAW FIRM PO Box 1398 Portland, ME 04104 | Bank loan | | 5,000,000.00 Collateral: 2,500,000.00 Unsecured: 2,500,000.00 |
| **DeStefano & Associates** 2456 Lafayette Road Portsmouth, NH 03801 | Gavin G. McCarthy, Esq. Pierce-Atwood One Monument Square, 7th Portland, ME 04101 | mechanics lien | | 425,624.00 Collateral: 2,500,000.00 Unsecured: 425,624.00 |
| **Rivers By The Sea** 26 Brickyard Court Suite 6 York, ME 03909 | | Trade debt | | 282,809.28 |
| **Bernstein Shur** 100 Middle Street Portland, ME 04101 | | legal services | | 183,686.80 |
| **Town Of York** 186 York Street York, ME 03909 | | Real Estate Taxes | | 158,701.61 |
| **TMS Architects** 1 Cate Street Portsmouth, NH 03801 | | Trade debt | | 16,996.91 |
| **Charles Bergmann** 367 Dover Road South Newfane, VT 05351 | | expert witness fees | | 11,792.00 |
| **RBS Property Management** 6 Brickyard Court Suite 6 York, ME 03909 | | Trade debt | | 10,987.60 |
| **AK Condo Association** 2 Beach St. York, ME 03910 | | condominium fees | | 9,549.00 |
| **George Terrien** 22 Broadway Rockland, ME 04841 | | expert witness fees | | 6,827.00 |
| **Single Digits Inc.** 749 E. Industrial Park Dr. Mancchester, NH 03109 | | phone system charges | | 6,363.00 |
| **York Sewer District** PO Box 1039 York, ME 03909 | | Sewer Charges | | 6,218.00 |
| **Central Maine Power** 83 Edison Drive Augusta, ME 04336 | | Utilities | | 3,426.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Type | Amount |
|---|---|---|
| **Mooney & Rathmell**<br>31 Webbs Mills Road<br>Casco, ME  04015 | expert witness fees | 2,637.00 |
| **Strogens Heating & Air Conditioning**<br>113 Milton Rd.<br>Rochester, NH  03868 | expert witness fees | 2,612.00 |
| **Acentech, Inc.**<br>33 Moulton St.<br>Cambridge, MA  02138 | expert witness fees | 1,952.00 |
| **York Chamber Of Commerce**<br>1 Stonewall Ln.<br>York, ME  03909 | Trade debt | 1,300.00 |
| **Proulx Oil & Propane**<br>PO Box 419<br>Newmarket, NH  03857 | oil and propane | 1,217.00 |
| **Strategic Concepts**<br>PO Box 60<br>Saco, ME  04072 | Trade debt | 957.21 |
| **Acadia Insurance Company**<br>PO Box 842511<br>Boston, MA  02284 | insurance | 696.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **September 27, 2011**          Signature: */s/ Harold E. Anderson*

**Harold E. Anderson, Manager, A-K Holding, LLC**
(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Maine**

**IN RE:** Case No. _____

**Atlantic House At York Beach, LLC** Chapter **11**

Debtor(s)

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of ____**3**____ pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date: **September 27, 2011** */s/ Barry E. Schklair and Peter G. Cary*
Attorney for Debtor, or Debtor if pro se

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Acadia Insurance Company
PO Box 842511
Boston, MA  02284


Acentech, Inc.
33 Moulton St.
Cambridge, MA  02138


AK Condo Association
2 Beach St.
York, ME  03910


Bernstein Shur
100 Middle Street
Portland, ME  04101


Central Maine Power
83 Edison Drive
Augusta, ME  04336


Charles Bergmann
367 Dover Road
South Newfane, VT  05351


Delta Products
2570 Metropolitan Drive
Trevose, PA  19053


DeStefano & Associates
2456 Lafayette Road
Portsmouth, NH  03801


Gavin G. McCarthy, Esq.
Pierce-Atwood
One Monument Square, 7th
Portland, ME  04101

George Terrien
22 Broadway
Rockland, ME  04841


Lawrence Investment Holding LLC
C/O D&D Managment Group LLC
20 Park Plaza
Boston, MA  02116


Mooney & Rathmell
31 Webbs Mills Road
Casco, ME  04015


Proulx Oil & Propane
PO Box 419
Newmarket, NH  03857


RBS Property Management
6 Brickyard Court Suite 6
York, ME  03909


Rivers By The Sea
26 Brickyard Court Suite 6
York, ME  03909


Single Digits Inc.
749 E. Industrial Park Dr.
Mancchester, NH  03109


Soul Oyster Web Studios
114 1/2 Mapelwood Ave
Portsmouth, NH  03801

Steven Cope, Esq.  
COPE LAW FIRM  
PO Box 1398  
Portland, ME  04104

Strategic Concepts  
PO Box 60  
Saco, ME  04072

Strogens Heating & Air Conditioning  
113 Milton Rd.  
Rochester, NH  03868

Time Warner Cable  
PO Box 11826  
Newark, NJ  07101

TMS Architects  
1 Cate Street  
Portsmouth, NH  03801

Town Of York  
186 York Street  
York, ME  03909

Troubh Heisler  
511 Congress St.Suite 700  
Portland, ME  04101

York Chamber Of Commerce  
1 Stonewall Ln.  
York, ME  03909

York Sewer District  
PO Box 1039  
York, ME  03909